| United States Bankruptcy Court District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>ClearData Communications Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>f.k.a. ClearData.net Inc. | All Other Names used by the Joint Debtor in the last 6 years<br>(Include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>75-2823365 | Soc Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1850 N Central Avenue<br>Phoenix, AZ 85004 | Street Address of Debtor (No. & Street, City, State & Zip Code):<br>00133525 RTP |
| County of Residence or of the<br>Principal Place of Business: Maricopa | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code under Which the Petition Is Filed (Check one box) | |
|---|---|---|---|
| [ ] Individual(s)  [ ] Railroad | | [ ] Chapter 7 | [x] Chapter 11  [ ] Chapter 13 |
| [x] Corporation  [ ] Stockbroker | | [ ] Chapter 9 | [ ] Chapter 12 |
| [ ] Partnership  [ ] Commodity Broker | | [ ] Sec. 304 - Case Ancillary to Foreign Processing | |
| [ ] Other | | | |

Nature of Debts (Check one box)
- [ ] Consumer / Non-Business   [x] Business

Chapter 11 Small Business (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Filing Fee (Check one Box)
- [x] Full Filing Fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

Statistical / Administrative Information (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by an attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, united States Code, specified in this Petition.

X _____[signature]_____
Signature of Authorized Individual

Richard C. Tarbox III
Printed Name of Authorized Individual

EVP & COO
Title of Authorized Individual

12/7/00
Date

**Signature of Attorney**

X _____[signature]_____
Signature of Attorney for Debtor(s)
Lori A. Schmig
Printed Name of Attorney for Debtor(s)
Snell & Wilmer L.L.P.
Firm Name
400 E. Van Buren St. Ste 1000
Address
Phoenix, AZ 85004-9955

602-382-6000
Telephone Number
12/7/00
Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I pro9vided the debtor with a copy of the document

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document attach additional signed sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in files or imprisonment or both, 11 u.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _____
Signature of Attorney for Debtor(s)

_____
Date

929649.1

## CLEARDATA COMMUNICATIONS, INC.

### UNANIMOUS CONSENT RESOLUTION TO FILE CHAPTER 11

WHEREAS, notice of a joint special meeting of the Board of Directors of ClearData Communications, Inc. (the "Corporation") is hereby waived;

WHEREAS, it is in the judgment of the Board of Directors that it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Richard C. Tarbox III, as a director of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

BE IT FURTHER RESOLVED, that Richard C. Tarbox III, as a director of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Richard C. Tarbox III, as a director of this Corporation, is authorized and directed to employ the law firm of SNELL & WILMER L.L.P. to represent the Corporation in such bankruptcy case upon a general retainer.

BE IT FURTHER RESOLVED, that a retainer in the approximate amount of $64,000, be retained by SNELL & WILMER L.L.P. for services rendered and to be rendered as legal counsel in this bankruptcy and related bankruptcy cases, and in connection with pre-bankruptcy services and negotiations relating to liquidating the Corporation's assets, with such funds to be held in a separate segregated interest bearing trust account pending court approval of fees and costs. All such funds shall remain assets of the Corporation until payment to SNELL & WILMER L.L.P. is approved by the bankruptcy court.

BE IT FURTHER RESOLVED, that Richard C. Tarbox III, as a director of this Corporation, is authorized and directed to employ other attorneys, investment bankers, accountants, and other professionals to assist in the Corporation's Chapter 11 case on such terms as Richard C. Tarbox III deems necessary and proper.

DATED this 6th day of December, 2000

BOARD OF DIRECTORS

_____
David G. Jemmett

_____
Richard C. Tarbox III

_____
Mark T. Ansboury

928606.1

Form B4
6/90

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:
CLEARDATA COMMUNICATIONS INC.

Bankruptcy No.

Chapter 11

'0013352

Debtor.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Attached is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 1101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Richard C. Tarbox, III, the Director-Executive Vice President-COO of ClearData Communications Inc. named as the debtor in this case, declare under penalty of perjury that I have read the attached list and that it is true and correct to the best of my information and belief.

Date  12/7/00

CLEARDATA COMMUNICATIONS INC.

By: _____
      Richard C. Tarbox, III

Its: Director-Executive Vice President-COO
    (Print Name and Title)

930379.1

## Cleardata Top 20 unsecured creditors 12/7/00

| | Creditor | Amount due | Contact Name | Phone | Address |
|---|---|---|---|---|---|
| 1 | US West and Interprise Networking Service | 13,657,890.16 | Alice Russel | (206) 220-2979 | 1600 7th Avenue, Suite 501, Seattle, WA 98191 |
| 2 | Bear, Stearns & Co. Inc. | 1,577,444.42 | George Rabb | 212-272-2000 | 245 Park Avenue, New York, NY 1067 |
| 3 | Lucent Technologies, Inc. | 1,523,891.49 | Randy Moussavi | 888-467-0500 | 1213 Innsbruck Dr. Sunnyvale, CA 94089 |
| 4 | Williams Communications, Inc | 1,166,714.95 | Carlion Hunt | 888-465-9516 | 218 Network Place, Chicago, IL 60673-1218 |
| 5 | Arthur Andersen | 996,719.00 | Michelle Goodwin | 602-286-1330 | 501 N 44th Street, Suite 300, Phoenix, AZ 85008 |
| 6 | Verizon | 409,273.31 | Accounts Receivable Department. | 1-800-483-2000 | P.O. Box 17577 Baltimore, MD 21297-0513 |
| 7 | Cisco Systems Capital Corporation | 553,094.17 | John Rangutt | 800-928-2349 | 3500 Wayzata Blvd. Golden Valley, MN 55416-1244 |
| 8 | MCI Worldcom | 300,638.78 | Acct. Rec | 1-800-637-2255 | P.O. Box 96008 Charlotte, ND 28296-008 |
| 9 | Micromuse | 286,231.60 | Michael Finerman | 415-538-9090 | 139 Townsend St. San Francisco, CA 94107 |
| 10 | Compaq Corporation | 197,579.28 | Felisa Deleon | 949-261-4131 | P.O. Box 530263 Atlantic, GA 30353-0263 |
| 11 | UUNET | 190,793.20 | Accounts Receivable Department. | 1-877-709-8901 | 22001 Loudoun County Parkway, Ashburn, VA 20147 |
| 12 | Pacific Bell | 178,789.87 | Patty Huggett | (916) 972-2333 | 2700 Watt Avenue, Room 4114, PO Box 15038, Sacramento, CA 958581-10 |
| 13 | AT&T | 146,304.00 | Accounts Receivable Department. | 1-800-235-7524 | PO Box 277019, One Main Street, Atlanta, GA 30384-7019 |
| 14 | Jenkens & Gilchrist | 145,664.20 | Accounts Receivable Department. | 214-661-1300 | P.O. Box 842552 Dallas, TX 75284-2552 |
| 15 | Kent Datacomm | 140,297.92 | Karen Polk | 281-243-4196 | P.O. Box 201523 Houston, TX 77216-1523 |
| 16 | Sprint | 136,677.43 | Chris Mady | 602-266-9242 | 3101 N. Central Avenue, Suite 1400, Phoenix, AZ 85016 |
| 17 | Panther Racing L.L.C | 130,000.00 | Accounts Receivable Department. | 317-334-9500 | 8102 Woodland Dr. Indianapolis, IN 46278 |
| 18 | Granite Systems | 129,220.50 | Patric Spillane | 603-625-0100 | 1228 Elms St. 5th Floor, Manchester, NH 03101 |
| 19 | Sprint Paranet Inc | 127,320.00 | Christopher Mady | 713-626-4800 | P.O. Box 200028 Houston, TX 77056 |
| 20 | TTC | 115,270.00 | Accounts Receivable Department. | 301-353-1550 | P.O. Box 414302 Boston, MA 02241-4302 |
| | | 22,109,814.28 | | | |

Total Creditors

| | |
|---|---|
| Trade | 359 |
| Under Lease | 338 |
| Other | 18 |
| | 3 |