

**● ● ECF CASE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CLEARDATA COMMUNICATIONS, INC. |
| **Case Number:** | 2-00-13352-ECF-RTB          Chapter: 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 08, 2000 01:00 PM   11TH FLOOR # 2 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matters:*

1) EXPEDITED HEARING ON DEBTOR'S MOTION FOR JOINT ADMINISTRATION OF CASES AND TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE
   **R / M #:** 0 / 0

2) EXPEDITED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORZING PAYMENT OF PRE-PETITION WAGE AND BENEFIT CLAIMS AND DIRECTING BANK TO HONOR PRE-PETITION WAGE CHECKS
   **R / M #:** 0 / 0

3) EXPEDITED HEARING ON DEBTOR'S MOTION TO EXTEND TIME TO FILE STATEMENTS OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS, LIABILITIES, EXECUTORY CONTRACTS & UNEXPIRED LEASES
   **R / M #:** 4 / 0

## *Appearances:*

CHRISTOPHER BAYLEY/LORI A. SCHMIG, ATTORNEY FOR CLEARDATA COMMUNICATIONS, INC.
PAUL RANDOLPH, ATTY UST

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2-00-13352-ECF-RTB        FRIDAY, DECEMBER 08, 2000 01:00 PM

## _Proceedings:_

Mr. Bayley advises the court that he will be filing a motion to employ his firm as counsel and for approval of a DIP finance package. He would like a hearing set next week. The court advises counsel that once the pleadings are filed, a hearing will be set.

ITEM #1

Ms. Schmig informs the court that the U.S. Trustee has no objection to the motion or the form of order.

COURT: IT IS ORDERED granting the motion subject to reconsideration. An order is signed in court.

ITEM #3

Ms. Schmig would like additional time to file various documents. She has spoken with the U.S. Trustee's office and they've agreed to a total of a 25 day extension with the documents to be filed at least 5 days prior to the first meeting of creditors.

Mr. Randolph concurs.

COURT: IT IS ORDERED granting the motion on the conditions stated. The court modifies the order and it
        is signed in court.

ITEM #2

Ms. Schmig advises the court that the debtor made payroll yesterday morning. A majority of the payroll is directly deposited into employee accounts, however approximately $50 thousand dollars is mailed out in the form of checks to various employees. She requests the court to authorize the pre-petition payroll account to remain open until the payroll checks clear. Also, if the bank experienced any problems with the electronic transfer of funds, she would like the court to allow the bank to complete the transactions. The court discusses the issues with counsel.

Mr. Randolph responds and discusses the issue of noticing with counsel and the court.

The court expresses some concerns with paragraph six of the order and discusses the matter with Ms. Schmig.

COURT: IT IS ORDERED approving the motion on the terms and conditions stated. The court advises
        counsel to notice the motion to anyone requesting notice as well as the 20 largest unsecured
        creditors on a 20 day bar date basis. The court strikes paragraph 6 from the order and the order
        is signed in court.

Ms. Schmig advises the court that a motion to employ her firm as counsel and motions regarding utilities will be filed soon.